UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT HEGAR,

    Plaintiff,                                            Civil Action No. 19-CV-12084

vs.                                                        HON. BERNARD A. FRIEDMAN

R. LUCAS,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on plaintiff's motion for partial summary judgment [docket entry 38] and defendant's motion for summary judgment [docket entry 40]. Magistrate Judge David R. Grand has submitted a Report and Recommendation ("R&R") in which he recommends that plaintiff's motion be denied and that defendant's motion be granted. Neither party has filed objections to the R&R, and the objection period has expired. The Court has reviewed the complaint, the motion papers, and the R&R, and agrees with the magistrate judge's analysis and recommendations. Accordingly,

IT IS ORDERED that Magistrate Judge Grand's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that plaintiff's motion for partial summary judgment is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
Dated: May 4, 2021 SENIOR UNITED STATES DISTRICT JUDGE
Detroit, Michigan